MICHAEL J. DADY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Dady* v. *City of New York*, 149 App. Div. 956, modified.
(Argued March 19, 1913; decided April 4, 1913.)

APPEAL from a judgment of the Appellate Division of' the Supreme Court in the second judicial department, entered March 25, 1912, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action

to recover for work done and materials furnished under a contract for public work.

*Archibald R. Watson, Corporation Counsel (Jesse W. Johnson* and *James D. Bell* of counsel), for appellant.

*Jerry A. Wernberg* for respondent.

Judgment reversed and new trial granted, costs to abide event, unless plaintiff within twenty days stipulates to deduct from the judgment recovered by him on the report of the referee the sum of $8,512.63, in which case the judgment as reduced is affirmed, without costs in this court to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.